## AMENDED JURISDICTIONAL STATEMENT

The United States submits this jurisdictional statement because the defendant's jurisdictional statement is not complete and correct.

The district court had jurisdiction over this criminal case pursuant to 18 U.S.C. § 3231 and the underlying criminal statutes, 21 U.S.C. §§ 841(A)(1), 841(B)(1)(B), and 846. Judgment was entered on the district court's docket on April 30, 2019. The defendant filed a timely notice of appeal on May 10, 2019.

This Court has appellate jurisdiction pursuant to 28 U.S.C. § 1291.

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2020, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

s/Jonathan H. Koenig  
JONATHAN H. KOENIG  
Assistant United States Attorney

530 United States Courthouse  
517 E. Wisconsin Ave, Room 530  
Milwaukee, WI 53202  
(414) 297-1700